Gregory J. Ott
P.O. Box 6200 JH-109
Florence, AZ 85232
CDCR T-55322

*Original*

FILED ✓  LODGED ___
RECEIVED ___  COPY ✓

DEC 17 2007

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ P DEPUTY

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

PHOENIX

GREGORY J. OTT           )
                         )
     PLAINTIFF           )
                         )
     v.                  )     CASE NO. CV07-1921-PHX-FJM-JRI
                         )
JOHN GAY, et. al.        )     **OBJECTION TO DOCUMENT 14 FILED 12/03/2007 BY**
                         )
     DEFENDANT           )     **DEFENDANT(S) / ATTORNEY**
                         )
_____)

   PLAINTIFF OBJECTS TO DEFENDANT(S) / ATTORNEY CLAIMING THAT PLAINTIFF DID FILE AN IN FORMA PAUPERIS IN THIS HONORABLE COURT. THERE IS NO RECORD OF THIS SAID FILING. ALSO THE DEFENDANT(S) HAVE FILED / PAID THE FILING FEES IN THIS CASE, THUS THERE IS NO LEGAL REASON TO CLAIM THIS CLAIM SHOULD COUNT AS A STRIKE AS AN IN FORMA PAUPERIS FILING NEVER HAPPENED.

   THEREFORE, PLAINTIFF PETITIONS THIS HONORABLE COURT TO DENY THE STRIKE AS ASKED FOR BY DEFENDANT(S) AND PETITIONS AGAIN THAT THIS CASE BE RETURNED TO THE PINAL SUPERIOR COURT TO BE DECIDED BY THE LOWER COURT.

DATE: 12 DECEMBER 2007

RESPECTFULLY SUBMITTED,

*Gregory Ott*

GREGORY OTT IN PRO SE

# EXHIBIT COVER PAGE



EXHIBIT

Description of this exhibit: IN SUPPORT OF THE ONLY APPLICATION FOR DEFERRAL OF COURT FEES AND / OR COSTS AND CONSENT TO ENTRY OF JUDGMENT WHICH WAS FILED IN SUPERIOR OCURT OF ARIZONA IN PINAL COUNTY. *As I understand, it's Not acceptable in this Court.*

Number of pages to this Exhibit: **4** pages.

## JURISDICTION: (Check only one)

- ☐ Municipal Court
- ☐ Superior Court
- ☐ Appellate Court
- ☐ State Supreme Court
- ☒ United States District Court
- ☐ State Circuit Court
- ☐ United States Supreme Court
- ☐ Grand Jury

# SUPERIOR COURT OF ARIZONA
# IN PINAL COUNTY

_____
Name of Petitioner/Plaintiff

Case Number:_____

**APPLICATION FOR DEFERRAL
OF COURT FEES AND/OR COSTS
AND
CONSENT TO ENTRY OF JUDGMENT**

_____
Name of Respondent/Defendant

STATE OF ARIZONA       )
                       ) ss
COUNTY OF PINAL        )

---

**IMPORTANT**

This *"Application for Deferral of Court Fees and/or Costs"* includes a *"Consent to Entry of Judgment."* By signing this Consent, you agree a judgment may be entered against you for all fees and costs that are deferred but remain unpaid thirty (30) calendar days after entry of final judgment. At the conclusion of the case you will receive a Notice of Court Fees and Costs Due indicating how much is owed and what step you must take to avoid a judgment against you if you are still unable to pay. Addition details about this process are discussed in the **"Consent to Entry of Judgment"** Section of this Application.

---

**STATEMENTS MADE TO THE COURT UNDER OATH OR AFFIRMATION.** I swear or affirm that the information in this application is true and correct. I make this statement under the penalty of prosecution for perjury if it is determined that I did not tell the truth.

I am requesting a deferral of the following fees and/or costs in my case:

- ☐ Any or all of the following: All filing fees, fees for the issuance of either a summons and subpoena, or fees for obtaining one certified copy of a temporary order in a domestic relations case or a final order, judgment or decree in all civil proceedings; a copy of child support payment history; and, fees for attending the Domestic Relations Education on Children's Issues Program pursuant to A.R.S.§ 25-355.
- ☐ Fees for service of process by a sheriff, marshal, constable or local law enforcement agency (fill out separate affidavit form).
- ☐ Fees for service by publication (fill out separate affidavit form).
- ☐ Filing fees and photocopy fees for the preparation of the record on appeal.
- ☐ Court reporter's fees of reporters or transcribers employed by the court for the preparation of the transcript.

The basis for the request is:

1. ☐ **WAIVER:** I am permanently unable to pay. My income and liquid assets are insufficient or barely sufficient to meet the daily essentials of life and unlikely to change in the foreseeable future.

© Superior Court of Arizona in Pinal County
February 12, 2007
ALL RIGHTS RESERVED

Page 1 of 4

Application for Deferral of Court Fees
Use current form

2. ☐ **DEFERRAL:**

A. ☐ I receive governmental assistance from the state/federal program(s) marked below:
☐ Temporary Assistance to Needy Families (TANF)     ☐ Food Stamps
☐ Supplemental Security Income (SSI)     ☐ General Assistance (GA)

If you marked either boxes 1 or 2A, you must complete the Financial Questionnaire. You **MUST** sign in front of the court clerk, if completed in person or a notary public if submitted by mail or a third party. Please be prepared to submit proof that you receive governmental assistance. If you are submitting this application by mail or a third party, please attach a photocopy of that proof.

**OR**

B. ☐ My income is insufficient or is barely sufficient to meet the daily essentials of life, and includes no allotment that could be budgeted for the fees and costs that are required to gain access to the court.

**NOTE:** To determine whether income is insufficient or barely sufficient, the court will review your income and expenses. Among the factors the court may consider are:
1. Whether your gross income as computed on a monthly basis is 150% or less of the current federal poverty level. Gross monthly income includes your share of community property income if available to you.
2. If your income is greater than 150% of the poverty level, but you have proof of extraordinary expenses (including medical expenses and costs of care for elderly or disabled family members) or other expenses that the court finds are extraordinary that reduce your gross monthly income to at or below 150% of the poverty level.

**OR**

C. ☐ I do not have the money to pay court filing fees and/or costs now. I can pay the filing fees and/or costs at a later date. Explain. _____
_____
_____
_____
_____

If you checked either boxes 2B or 2C, you must complete the Financial Questionnaire. You must sign this application in front of the court clerk or a notary public, if submitted by mail or a third party.

## FINANCIAL QUESTIONNAIRE

**SUPPORT RESPONSIBILITIES:** List all persons you support (including those you pay child support and/or spousal maintenance/support for):

| NAME | RELATIONSHIP |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

**STATEMENT OF INCOME AND EXPENSES**
  **ASSISTANCE:** I receive assistance from:
   ☐ Arizona Health Care Cost Containment System (AHCCCS)
   ☐ Arizona Long Term Care System (ALTCS)
   ☐ Other (explain):_____

**MONTHLY INCOME:** My monthly income is:

    Monthly gross income:                                                $ _____
    Employer name: _____
    Employer address: _____
    Employed since (month/year): _____

    Other current monthly income, including spousal
    maintenance/support, retirement, rental, interest, pensions,
    scholarships, grants, royalties, lottery winnings
    (explain amount and source):                          $ _____
    _____
    _____

    My spouse's monthly gross income (if available to me):     $ _____

    **TOTAL MONTHLY INCOME:**                                 $ _____

**MONTHLY EXPENSES AND DEBTS:** My monthly expenses and debts are:

| | PAYMENT AMOUNT | LOAN BALANCE |
|---|---|---|
| Rent/Mortgage payment | $ _____ | $ _____ |
| Car Payment | $ _____ | $ _____ |
| Credit Card Payments | $ _____ | $ _____ |
| Explain: | | |
| Other payments & debts | $ _____ | $ _____ |
| Explain: | | |
| Food/Household supplies | $ _____ | |
| Utilities/Telephone | $ _____ | |
| Clothing | $ _____ | |
| Medical/Dental/Drugs | $ _____ | |
| Health Insurance | $ _____ | |
| Nursing care | $ _____ | |
| Laundry | $ _____ | |
| Child Support | $ _____ | |
| Child Care | $ _____ | |
| Spousal Maintenance | $ _____ | |
| Car Insurance | $ _____ | |
| Gasoline/Bus Fare | $ _____ | |
| Contributions to Employer or Other Retirement Account | $ _____ | |

**TOTAL MONTHLY PAYMENTS**                                              $ _____

**STATEMENT OF ASSETS:** List only those assets available to you and accessible without financial penalty. Equity is defined as market value minus any liens or loans.

    **ESTIMATED VALUE**
    Cash and Bank Accounts          $ _____
    Credit Union Accounts            $ _____
    Equity in:
    1. Home                                  $ _____
    2. Other property                  $ _____
    3. Cars/other vehicles           $ _____
    Other, including stocks, bonds, etc.   $ _____
    Retirement Accounts              $ _____
    **TOTAL ASSETS:**                                          $ _____

© Superior Court of Arizona in Pinal County
February 12, 2007
ALL RIGHTS RESERVED
Page 3 of 4
Application for Deferral of Court Fees
Use current form

**EXTRAORDINARY EXPENSES:** For example, unusual medical needs, financial hardship, costs of care of elderly or disabled family members. (Proof must be submitted.)

| DESCRIPTION | AMOUNT |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |
| **TOTAL EXTRAORDINARY EXPENSES** | $_____ |

> **NOTE:** If you receive a deferral and have unpaid fees at the end of your case you will receive a Notice of Court Fees and Costs Due. This is to remind you that you may submit a supplemental application for further deferral or waiver if you believe you need more time to pay or cannot afford to pay your court fees and costs. The court will decide at that time whether or not you must pay. If you do not file a supplemental application, the original deferral order remains in effect and a consent judgment may be entered against you if you do not pay within thirty calendar days after entry of final judgment.
>
> If your case is dismissed for any reason, the fees and costs are still due.

**CONSENT TO ENTRY OF JUDGMENT:** By signing this Application, I agree that a judgment may be entered against me for all fees and/or costs that are deferred but remain unpaid after thirty (30) calendar days after entry of final judgment. Judgment may be entered against me unless any one of the following applies:

A. Fees and costs are taxed to another party;
B. I have an established schedule of payments in effect and I am current with those payments;
C. I filed a supplemental application for waiver of further deferral of fees and costs and ad decision by the court is pending;
D. In response to a supplemental application, the court orders that the fees and costs be waived or further deferred; or
E. Within twenty days of the date the court denies the supplemental application, I either:
   1. Pay the fees and/or costs; or,
   2. Request a hearing on the court's order denying waiver or further deferral. If I request a hearing, the court cannot enter the consent judgment unless a hearing is held, waiver or further deferral is denied and payment has not been made within the time prescribed by the court.

If you appeal the final decision in your case, a consent judgment for deferred fees and/or costs that remain unpaid in the lower court shall not be entered until after the appeals process is concluded.

## OATH OR AFFIRMATION

The contents of this document are true and correct to the best of my knowledge and belief.

_____        _____
Date                                Signature

                                    _____
                                    Printed Name

_____        _____
Date Signed or Affirmed             Judicial Officer, Deputy Clerk or Notary Public

My Commision Expires/Seal:

© Superior Court of Arizona in Pinal County
February 12, 2007
ALL RIGHTS RESERVED

Page 4 of 4

Application for Deferral of Court Fees
Use current form

Original

## Proof of Service by Mail 28 U.S.C. 1746

I hereby declare that I am Legal age, a resident in the State of Arizona and a Party to the W/in cause of action. That on this date, I did cause a true and correct Copy of : OBJECTION TO

DOCUMENT 14 FILED 12/03/2007 BY DEFENDANT(S) / ATTORNEY

to be served on the parties listed below by Confidential/Legal Mail procedures of Florence Correctional Center (FCC/CCA) with ~~Release~~ Funds Release attached to benefit from Prison "Mailbox Rule" addressed:

DANIEL P. STRUCK / JAMIE D. WILLIAMS
~~NICOLE T. McGUIRE~~

2901 NORTH CENTRAL AVE STE 800

PHOENIX, ARIZONA 85012

SANDRA DAY O'CONNOR COURTHOUSE

UNITED STATES DISTRICT

401 WEST WASHINGTON ST.   STE.130   SPC -1

PHOENIX, ARISONA 85003 - 2118

## Verification

The above statements are true and correct of my own knowledge and if asked to testify in a court of Law, I would state the same

12 DECEMBER 2007
Date

OTT G.J.  In Pro Per