KM

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gregory J. Ott, | No. CV 07-1921-PHX-FJM (JRI) |
| Plaintiff, | **ORDER** |
| vs. | |
| John Gay, et al., | |
| Defendants. | |

On June 15, 2007, Plaintiff Gregory J. Ott, who is confined in the Corrections Corporation of America-Florence Correctional Center, filed a *pro se* civil rights Complaint in the Pinal County Superior Court. On October 9, 2007, Defendants removed the action to this Court and paid the $350.00 filing fee. On November 5, 2007, the Court dismissed the Complaint with leave to amend. On November 19, 2007, Plaintiff filed a Motion to Dismiss (Doc. #13).

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, "an action may be dismissed by the plaintiff without order of court . . . by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs." As the Court has not completed statutory screening, Defendants have not filed an answer or other responsive motion. The Court will therefore grant Plaintiff's Motion to Dismiss.

. . .

. . .

**IT IS ORDERED** that Plaintiff's November 19, 2007 Motion to Dismiss (Doc. #13) is **granted** and this action is dismissed. The Clerk of Court must close the case and enter judgment.

DATED this 18th day of December, 2007.

*Frederick J. Martone*
Frederick J. Martone
United States District Judge