# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Gregory J. Ott, | ) | **JUDGMENT OF DISMISSAL** |
| | ) | **IN A CIVIL CASE** |
| Plaintiff, | ) | |
| | ) | CV 07-1921-PHX-FJM(JRI) |
| v. | ) | |
| | ) | |
| John Gay, et al., | ) | |
| | ) | |
| Defendant(s). | ) | |

____  Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__  Decision by Court. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order dated December 18, 2007, Plaintiff's Motion to Dismiss is granted and this action is dismissed.

RICHARD H. WEARE
District Court Executive/Clerk

December 18, 2007

s/   Sally Turner
By: Deputy Clerk

cc: (all counsel)